IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KYLE HALL**, <br><br> Plaintiff, <br><br> *v.* <br><br> **THE UNITED STATES OF AMERICA,** <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 2:19-cv-05256-KSM** |

## ORDER

**AND NOW**, this 17th day of June, 2020, having considered Defendant's Motion to Dismiss (Doc. No. 9) and Plaintiff's opposition thereto (Doc. No. 11), it is **ORDERED** that Defendant's Motion (Doc. No. 9) is **GRANTED.**

**IT IS FURTHER ORDERED that:**

1. This action is **DISMISSED WITH PREJUDICE**.

2. The clerk of court shall mark this matter as **CLOSED**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.